MORGAN, LEWIS & BOCKIUS LLP
Sarah M. Carter, Bar No. 318182
sarah.carter@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorney for Defendant
AIRBNB, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PITTMAN III,<br><br>Plaintiff,<br><br>vs.<br><br>SAVVY TRAVELS LLC; MATHEW ROGERS; MICHAEL SKINNER; CHRISTY STORY; ANDREI Last Name Unknown; AIRBNB, INC; and DOES 1-20,<br><br>Defendants. | Case No. **'23CV0271 AJB MSB**<br><br>**DEFENDANT AIRBNB, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 40.2**<br><br>[San Diego Superior Court Case No. 37-2022-00051709-CU-BC-CTL]<br><br>Complaint Filed: December 23, 2022<br>Removal Date: February 10, 2023 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 40.2 of the Southern District of California, the undersigned, counsel of record for Defendant Airbnb, Inc. ("Airbnb") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Airbnb, Inc., Defendant.

Airbnb is a publicly held corporation. It has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Dated: February 10, 2023         MORGAN, LEWIS & BOCKIUS LLP

By  *s/ Sarah M. Carter*
Sarah M. Carter
Attorney for Defendant
AIRBNB, INC.